UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM DIXON, | : | Case No. 3:19-cv-00173 |
| Petitioner, | : | Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| v. | : | |
| SEAN BOWERMAN, Warden,<br>  Toledo Correctional Institution, | : | |
| | : | |
| Respondent. | | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 5); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 4); AND TERMINATING THIS CASE**

This case is before the Court on the Response to Reports Filed 6-10-19 ("Objections") (Doc. 5) filed by Petitioner William Dixon ("Dixon"), which this Court construes as written objections to the June 10, 2019 Report and Recommendations ("Report") (Doc. 4). In the Report, Magistrate Judge Michael R. Merz recommended that the Court dismiss Dixon's "Notice of Appeal" (Doc. 3) without prejudice for lack of subject matter jurisdiction.[1]

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Dixon's Objections to the Report are not well taken and they are **OVERRULED**. The Court **ADOPTS** the Report (Doc. 4) in its entirety and rules as follows:

- The Court **DISMISSES** the Notice of Appeal (Doc. 3) without prejudice for

---

[1] The "Notice of Appeal" states on its face that Dixon is "Appealing from Ohio Supreme Court 65 South Front St. Columbus Ohio 43215." (Doc. 3 at PAGEID # 7.) The docket in this case identifies that document as a "PETITION for Writ of Habeas Corpus filed by William Dixon." However, as Magistrate Judge Merz states in the Report, Dixon's "Notice of Appeal" (Doc. 3) is "a purported appeal of the decision of the Ohio Supreme Court in that court's Case No. 2019-0470." (Doc. 4 at PAGEID # 10.)

> lack of subject matter jurisdiction;

- As reasonable jurists would not disagree with this conclusion, Dixon is **DENIED** a certificate of appealability;

- The Court further **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and therefore Dixon should not be permitted to proceed *in forma pauperis*; and

- The Clerk is **ORDERED** to terminate this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 10, 2019.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE